# EXHIBIT A

Electronically Filed by Superior Court of California, County of Orange, 06/02/2021 11:32:03 AM.
30-2021-01203634-CL-NP-CJC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By Jessica Duarte, Deputy Clerk.
Case 8:21-cv-01215 Document 1-1 Filed 07/16/21 Page 2 of 15 Page ID #:6

**Todd M. Friedman (216752)**
**Law Offices of Todd M. Friedman, P.C.**
**21550 W. Oxnard St. #780**
**Woodland Hills, CA 91367**
**Phone: 323-306-4234**
**Fax: 866-633-0228**
**tfriedman@toddflaw.com**
**Attorney for Plaintiff**

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF ORANGE
## LIMITED JURISDICTION

| | |
|---|---|
| **NAYELI ROSALES,**<br><br>Plaintiff,<br><br>    vs.<br><br>**CITIBANK, N.A.,**<br><br>Defendant. | Case No. 30-2021-01203634-CL-NP-CJC<br><br>COMPLAINT FOR VIOLATION OF ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT AND FEDERAL FAIR DEBT COLLECTION PRACTICES ACT<br><br>(Amount not to exceed $10,000)<br><br>1. Violation of Rosenthal Fair Debt Collection Practices Act<br>2. Violation of Fair Debt Collection Practices Act |

## I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendant's violations of the Rosenthal Fair Debt Collection Practices Act, Cal Civ Code §1788, *et seq.* (hereinafter "RFDCPA") and the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.* (hereinafter "FDCPA"), both of which prohibit debt collectors from engaging in abusive, deceptive, and unfair practices.

Complaint - 1

## II. PARTIES

2.     Plaintiff, NAYELI ROSALES ("Plaintiff"), is a natural person residing in Orange county in the state of California, and is a "consumer" as defined by the FDCPA, 15 U.S.C. §1692a(3) and is a "debtor" as defined by Cal Civ Code §1788.2(h).

3.     At all relevant times herein, Defendant, CITIBANK NMTC CORPORATION, ("Defendant") was a company engaged, by use of the mails and telephone, in the business of collecting a debt from Plaintiff which qualifies as a "debt," as defined by 15 U.S.C. §1692a(5), and a "consumer debt," as defined by Cal Civ Code §1788.2(f).  Defendant regularly attempts to collect debts alleged to be due to it, and therefore is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6), and RFDCPA, Cal Civ Code §1788.2(c).

## III. FACTUAL ALLEGATIONS

4.     At various and multiple times prior to the filing of the instant complaint, including within the one year preceding the filing of this complaint, Defendant contacted Plaintiff in an attempt to collect an alleged outstanding debt.

5.     On or around November 19, 2020 San Diego Dune Tours charged Plaintiffs credit card 4305.00 dollars.

6.     Defendant placed conditional credits on Plaintiff's credit card account in the amount of 4305.00 dollars.

7.     On or around November 19, 2020 Plaintiff contacted Defendant to dispute the charges on her credit card, and inform Defendant that she did not consent to the charges on her credit card.

8. On or around January 8, 2021, Defendant sent a letter to Plaintiff that it had concluded its investigation and determined that the charges were legitimate and that Plaintiff owed Defendant 4305.00 dollars, plus any applicable fees or interest.

9. Defendant's conduct violated the FDCPA and the RFDCPA in multiple ways, including but not limited to:

a) Falsely representing the amount, character, or legal status of Plaintiff's debt (15 U.S.C. §1692e(2)(A));

b) Falsely representing that services were rendered or that compensation may be lawfully received by Defendant for the collection of a debt (15 U.S.C. §1692e(2)(B));

c) Using false representations or deceptive practices in connection with collecting an alleged debt from Plaintiff (15 U.S.C. §1692e(10));

d) Using unfair or unconscionable means against Plaintiff in connection with collection of an alleged debt (15 U.S.C. §1692f);

10. As a result of the above violations of the FDCPA and RFDCPA, Plaintiff suffered and continues to suffer injury to Plaintiff's feelings, personal humiliation, embarrassment, mental anguish and emotional distress, and Defendant is liable to Plaintiff for Plaintiff's actual damages, statutory damages, and costs and attorney's fees.

**COUNT I: VIOLATION OF ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT**

11. Plaintiff reincorporates by reference all of the preceding paragraphs.

12. To the extent that Defendant's actions, counted above, violated the RFDCPA, those actions were done knowingly and willfully

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully prays that judgment be entered against Defendant for the following:

    A.    Actual damages;

    B.    Statutory damages for willful and negligent violations;

    C.    Costs and reasonable attorney's fees,

    D.    For such other and further relief as may be just and proper.

### COUNT II: VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT

13.    Plaintiff reincorporates by reference all of the preceding paragraphs.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against Defendant for the following:

    A.    Actual damages;

    B.    Statutory damages;

    C.    Costs and reasonable attorney's fees; and,

    D.    For such other and further relief as may be just and proper.

### PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY

Respectfully submitted this 2nd day of June, 2021.

By: *Todd M. Friedman*
    Todd M. Friedman, Esq.
    Law Offices of Todd M. Friedman, P.C.
    Attorney for Plaintiff